# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
_____Norfolk_____ Division

In re Leon Hall                                                                Case No. 10-75375-FJS

                                    Debtor(s)              Chapter 13

## ORDER FOR RETURN OF UNCLAIMED FUNDS

A Motion for Return of Unclaimed Funds having been filed pursuant to Local Bankruptcy Rule 3011-1, said motion having been served on the United States Trustee and the United States Attorney for the Eastern District of Virginia and there being no objections filed; it is

**ORDERED** that the unclaimed funds in the amount of $ 2390.04, currently on deposit with the Treasury of the United States, be returned to:

Leon Hall
C/O Tommy Andrews, Jr.
Tommy Andrews, Jr., PC
122 North Alfred Street
Alexandria, VA 22314

Let the Clerk give notice of entry of this order to the debtor(s), attorney for debtor(s), movant, attorney for movant, if applicable, trustee and United States Trustee.

Date: Nov 19 2013                    /s/ Stephen C. St.John
                                     United States Bankruptcy Judge

                                     NOTICE OF JUDGMENT OR ORDER
                                     ENTERED ON DOCKET:
                                       Nov 19 2013

pc: Financial Administrator

[ounclmfd ver. 03/06]