# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### _____Norfolk_____ Division

**In re** Leon Hall                                               **Case No.** 10-75375-FJS

                    **Debtor(s)**                    **Chapter** 13

## ORDER FOR RETURN OF UNCLAIMED FUNDS

A Motion for Return of Unclaimed Funds having been filed pursuant to Local Bankruptcy Rule 3011-1, said motion having been served on the United States Trustee and the United States Attorney for the Eastern District of Virginia and there being no objections filed; it is

**ORDERED** that the unclaimed funds in the amount of $ 2390.04, currently on deposit with the Treasury of the United States, be returned to:

Leon Hall
C/O Tommy Andrews, Jr.
Tommy Andrews, Jr., PC
122 North Alfred Street
Alexandria, VA 22314

Let the Clerk give notice of entry of this order to the debtor(s), attorney for debtor(s), movant, attorney for movant, if applicable, trustee and United States Trustee.

Date: Nov 19 2013                    /s/ Stephen C. St.John
                                     United States Bankruptcy Judge

                                     NOTICE OF JUDGMENT OR ORDER
                                     ENTERED ON DOCKET:
                                     Nov 19 2013

pc: Financial Administrator

[ounclmfd ver. 03/06]

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                          Case No. 10-75375-FJS
Leon Hall                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-8    User: justicet    Page 1 of 1    Date Rcvd: Nov 19, 2013
                  Form ID: pdford9    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2013.
cr        +Leon Hall,   358 Chase Arbor Ct,   Virginia Beach, VA 23462-7408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2013                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2013 at the address(es) listed below:
      Andrew Todd Rich    on behalf of Creditor    JPMorgan Chase Bank, National Association, s/b/m to
       Chase Home Finance, LLC kgring@fmlaw.com
      Hilary B. Bonial    on behalf of Creditor    HSBC Finance Corporation notice@bkcylaw.com
      John W. Lee    on behalf of Debtor Leon  Hall johnwleepc@myway.com,   sharris@johnleeatty.net
      Michael P. Cotter     courtmail@mpcch13.com
      Shanna C. Harris    on behalf of Debtor Leon  Hall sharris@johnleeatty.net,
       scharris22@gmail.com;klewisesq@aol.com
      Tommy Andrews, Jr.    on behalf of Creditor Leon  Hall tandrews@andrewslaw.net,
       khill@andrewslaw.net;marcelo@andrewslaw.net;roxana@andrewslaw.net;tetiana@andrewslaw.net;lprease@
       andrewslaw.net
                                                        TOTAL: 6